| | | |
|---|---|---|
| People v Fisher (Kevin) | 1st Dept: 143 AD3d 623 (Bronx) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Forest | 3d Dept: 141 AD3d 967 (Tompkins) | denied 1/17/17 (DiFiore, Ch. J.) |
| People v Galindo | 1st Dept: 144 AD3d 578 (NY) | denied 1/18/17 (Fahey, J.) |
| People v Gambrell | 1st Dept: 143 AD3d 653 (NY) | denied 1/4/17 (Stein, J.) |
| People v Ghost | 4th Dept: 144 AD3d 1597 (Erie) | denied 1/31/17 (DiFiore, Ch. J.) |
| People v Gillegbower | 1st Dept: 143 AD3d 479 (NY) | denied 1/16/17 (Rivera, J.) |
| People v Gonzalez | 1st Dept: 144 AD3d 408 (NY) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Goss | 4th Dept: 143 AD3d 1279 (Erie) | denied 1/3/17 (Rivera, J.) |
| People v Gray | 2d Dept: 143 AD3d 909 (Queens) | denied 1/3/17 (Garcia, J.) |
| People v Grayson | App Div, 3d Dept: 2016 NY Slip Op 87176(U) (Albany) | denied 1/26/17 (Garcia, J.) |
| People v Green | 4th Dept: 132 AD3d 1270 (Erie) | denied 1/19/17 (Abdus-Salaam, J.) (Appeal No. 2) |
| People v Griffin | 2d Dept: 143 AD3d 1000 (Queens) | denied 1/3/17 (Rivera, J.) |
| People v Gumbs | 1st Dept: 143 AD3d 403 (Bronx) | denied 1/18/17 (Fahey, J.) |
| People v Gunn | 3d Dept: 144 AD3d 1193 (Albany) | denied 1/23/17 (Fahey, J.) |
| People v Hale | 2d Dept: 143 AD3d 910 (Kings) | denied 1/17/17 (Fahey, J.) |
| People v Hall | 4th Dept: 142 AD3d 1295 (Lewis) | denied 1/9/17 (Stein, J.) |
| People v Hamilton | App Div, 2d Dept: 2016 NY Slip Op 83131(U) (Kings) | denied reconsideration 1/10/17 (Rivera, J.) |
| People v Harris (Fred) | App Div, 2d Dept: 2016 NY Slip Op 80387(U) (Kings) | denied reconsideration 1/19/17 (Abdus-Salaam, J.) |
| People v Harris (Joseph) | 3d Dept: 143 AD3d 1181 (Clinton) | denied 1/3/17 (Garcia, J.) |
| People v Hart | App Div, 3d Dept: 2016 NY Slip Op 91179(U) (Albany) | denied 1/31/17 (DiFiore, Ch. J.) |
| People v Heath (James) | App Div, 3d Dept: 2016 NY Slip Op 75491(U) (Tompkins) | dismissed 1/24/17 (Abdus-Salaam, J.) |